AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __ARKANSAS__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **MONTE DISMUKE** | Case Number: **1:05CR10007-01** |
|  | USM Number: 06726-010 |
|  | Allen P. Roberts |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X  plead guilty to violation of condition(s) of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | Defendant shall not commit another federal, state or local crime. | 10/5/2012 |
| Standard # 1 | Shall not leave the judicial district w/o permission from the Court or USPO. | 3/25/2013 |

    The defendant is sentenced as provided in page __2__ of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    ***-**-2923

Defendant's Date of Birth:    **/**/1978

January 16, 2014
Date of Imposition of Judgment

/S/ Susan O. Hickey
Signature of Judge

Defendant's Residence Address:
**************

Waldo, AR 71770

Honorable Susan O. Hickey United States District Judge
Name and Title of Judge

January 17, 2014
Date

Defendant's Mailing Address:
Same as above

DEFENDANT: **MONTE DISMUKE**
CASE NUMBER: **1:05CR10007-01**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of : **Eighteen (18) months with credit for time already served in federal custody.**

There will be no supervision to follow the term of imprisonment in this case. Term of imprisonment in this case is to run concurrent to that imposed in Dkt. No. 1:13CR10007-007.

X   The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the term of imprisonment be served in FCI Texarkana.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL